1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8    NOEL HERNANDEZ GUILLEN,

9                          Plaintiff,            Case No. C22-5894-DGE

10        v.                                     ORDER DISMISSING ACTION

11   ICE HEALTH SERVICE CORPS, *et al*.,

12                          Defendants.

13

14        The Court, having reviewed Plaintiff's amended complaint, the Report and

15   Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any

16   objections thereto, and the remaining record, hereby finds and ORDERS:

17        (1)    The Report and Recommendation (Dkt. No. 14) is approved and ADOPTED.

18        (2)    Plaintiff's amended complaint (Dkt. No. 13) and this action are DISMISSED,

19   without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B), for failure of Plaintiff to state a

20   cognizable claim for relief under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388

21   (1971).

22   //

23   //

ORDER DISMISSING ACTION
PAGE - 1

1       (3)    The Clerk is directed to send copies of this Order to Plaintiff and to Judge

2  Peterson.

3       DATED this 15th day of March, 2023.



David G. Estudillo
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2